Monte J. White & Associates, PC
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | |
| Irvin Stanley Frazier | § CASE NO. 11-10102-RLJ-13 |
| and | § |
| Robin Wendy Frazier | § HEARING DATE: 10/2/2013 |
| DEBTOR(s) | § HEARING TIME: 11:00 A.M. |

## FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 08/30/2013

   Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  3/30/2011

2. Date of Section 341 Meeting: 5/11/2011

3. First Payment Date:  4/29/2011

4. Date of Confirmation: 6/21/2011

5. Total Plan Term Prior to this Modification: 57

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   29

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 31 (in modified plan)

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 10/29/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $30,183.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $27,837.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: NONE (paid ahead)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 12/21/2011

II.  MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

___x___        INCREASE monthly payment from $1,031.00 per month to $1,195.00 per month
               (must coincide with resume date shown in item 9 above)
___x___        Extend months from 57 months to 60 months (not to exceed 60 calendar months
               from month of First Payment Date)

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved.  Payments to the Trustee in the amount of $1,195.00 will resume on or before 10/29/2013 for 31 (in modified plan) months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $58,767.00  to $66,944.00

If the base amount has changed complete the following:

1.  Total Paid in as of the month prior
to Modification Approval:                          $29,899.00

2.  (+)Plus Total Payments to be made
through the Remainder of Plan:                     $37,045.00
(Making up any arrears in item 9 above)

3.  (=) New Base Amount                            $66,944.00

 IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1.  Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final.  A proof of claim must be timely filed to be allowed.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

   ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO
CodeName   Class   Amount   Collateral Value   Interest Treatment

| CT | S-Ocwen Loan Servicing | Pre-petition home arrears | $6,564.81 | $137.91 per month |
|---|---|---|---|---|
| CT | S-Homeplus | Pre-petition arrears | $5,448.32 | $104.16 per month |
| CT | S-Americredit Financial | 2010 Dodge Ram | $28,710.67 | $557.77 per month |
| A | S-New York Mellon Trust Company per AO entered 7/2/2013 | Post-petition home arrears | $5,829.99 | $188.06 per month |
| A | S-Lacks Stores per AO entered 8/29/2013 | Furniture | $2,633.73 | $73.99 per month |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Add secured debt per AO's entered with the Court with New York Mellon Trust Company on 7/2/2013 and Lacks Stores on 8/29/2013.

VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

   I certify that a true copy of the above and foregoing Modification of Plan after Confirmation has been served by me on 08/30/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                                        /s/Monte J. White
                                        Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 11-10102-rlj13<br>Northern District of Texas<br>Abilene<br>Fri Aug 23 13:10:53 CDT 2013 | Lack's Stores, Inc.<br>P.O. Box 33158<br>San Antonio, TX 78265-3158 | Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Abilene Diagnostic Clinic<br>PO Box 5409<br>Abilene, TX 79608-5409 |
| (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Americredit<br>Po Box 181145<br>Arlington, TX 76096-1145 | At & T<br>P.O. Box 930170<br>Dallas, Tx 75393-0170 |
| Celink<br>2143 S Sepulveda B<br>Los Angeles, CA 90025-5733 | Central Fin<br>3424 North First<br>Abilene, TX 79603-6912 | Cr Syst Intr<br>1277 Country Club<br>Fort Worth, TX 76112-2304 |
| GMAC Mortgage, LLC<br>GRANT M. TABOR, ESQ.<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | GMAC Mortgage, LLC<br>c/o Pite Duncan LLP<br>550 Westcott, Suite 560<br>Houston, TX 77007-9000 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 |
| Home Comings Financial<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 | Homeplus Fin<br>2143 S Sepulveda B<br>Los Angeles, CA 90025-5733 | Homeplus Finance Corporation<br>2143 South Sepulveda Boulevard<br>2nd Floor<br>Los Angeles, CA 90025-5733 |
| Homeplus Finance Corporation<br>600 LAIRPORT STREET<br>EL SEGUNDO, CA 90245-5004 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lack's Stores, Inc.<br>Attn: Bankruptcy/Legal Dept.<br>P.O. Box 33158<br>San Antonio, TX 78265-3158 |
| Lacks Furn<br>2391 Ne Loop Suite 201<br>San Antonio, TX 78217 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| Service Bureau Inc<br>2705 81st St<br>Lubbock, TX 79423-2229 | Stream Energy<br>P.O. Box 650026<br>Dallas, TX 75265-0026 | TXU Energy Retail Company LLC<br>CO Bankruptcy Department<br>PO Box 650393<br>Dallas TX 75265-0393 |
| Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | The Bank of New York Mellon<br>Ocwen Loan Servicing, LLC<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive Suite 175<br>Ft. Washington, PA 19034-3204 | The Bank of New York Mellon Trust Company, N<br>c/o GMAC Mortgage, LLC<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive<br>Ft. Washington, PA 19034-3204 |

| | | |
|---|---|---|
| (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Irvin Stanley Frazier<br>1550 Longbotham<br>Abilene, TX 79602-4026 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Robin Wendy Frazier<br>1550 Longbotham<br>Abilene, TX 79602-4026 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680 | Txu Energy<br>200 W John Carpenter Fwy<br>Irving, TX 75039 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)GMAC Mortgage, LLC | (u)The Bank of New York Mellon Trust Company | (u)The Bank of New York Mellon Trust Company, |
| (du)The Bank of New York Mellon Trust Company | (d)Lack's Stores, Inc.<br>P.O. Box 33158<br>San Antonio, TX 78265-3158 | (d)Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     6
Total                  40