Monte J. White & Associates
Larry Lewis
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
(325) 672-9227 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  11-10102-RLJ-13 |
| | § |
| Irvin Stanley Frazier | § |
| and | § JUDGE ROBERT L. JONES |
| Robin Wendy Frazier | § |
| | § HEARING DATE: 10/2/2013 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 10/2/2013, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2201, U.S. Courthouse, 3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 08/30/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS,

79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

## CERTIFICATE OF SERVICE

      I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 08/30/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                                    /s/Monte J. White
                                    Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 11-10102-rlj13<br>Northern District of Texas<br>Abilene<br>Fri Aug 23 13:10:53 CDT 2013 | Lack's Stores, Inc.<br>P.O. Box 33158<br>San Antonio, TX 78265-3158 | Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Abilene Diagnostic Clinic<br>PO Box 5409<br>Abilene, TX 79608-5409 |
| (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Americredit<br>Po Box 181145<br>Arlington, TX 76096-1145 | At & T<br>P.O. Box 930170<br>Dallas, Tx 75393-0170 |
| Celink<br>2143 S Sepulveda B<br>Los Angeles, CA 90025-5733 | Central Fin<br>3424 North First<br>Abilene, TX 79603-6912 | Cr Syst Intr<br>1277 Country Club<br>Fort Worth, TX 76112-2304 |
| GMAC Mortgage, LLC<br>GRANT M. TABOR, ESQ.<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | GMAC Mortgage, LLC<br>c/o Pite Duncan LLP<br>550 Westcott, Suite 560<br>Houston, TX 77007-9000 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 |
| Home Comings Financial<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 | Homeplus Fin<br>2143 S Sepulveda B<br>Los Angeles, CA 90025-5733 | Homeplus Finance Corporation<br>2143 South Sepulveda Boulevard<br>2nd Floor<br>Los Angeles, CA 90025-5733 |
| Homeplus Finance Corporation<br>600 LAIRPORT STREET<br>EL SEGUNDO, CA 90245-5004 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lack's Stores, Inc.<br>Attn: Bankruptcy/Legal Dept.<br>P.O. Box 33158<br>San Antonio, TX 78265-3158 |
| Lacks Furn<br>2391 Ne Loop Suite 201<br>San Antonio, TX 78217 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| Service Bureau Inc<br>2705 81st St<br>Lubbock, TX 79423-2229 | Stream Energy<br>P.O. Box 650026<br>Dallas, TX 75265-0026 | TXU Energy Retail Company LLC<br>CO Bankruptcy Department<br>PO Box 650393<br>Dallas TX 75265-0393 |
| Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | The Bank of New York Mellon<br>Ocwen Loan Servicing, LLC<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive Suite 175<br>Ft. Washington, PA 19034-3204 | The Bank of New York Mellon Trust Company, N<br>c/o GMAC Mortgage, LLC<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive<br>Ft. Washington, PA 19034-3204 |

```
(p)TXU ENERGY RETAIL COMPANY LP        Irvin Stanley Frazier              Pamela Jean Chaney
CO BANKRUPTCY DEPARTMENT               1550 Longbotham                    Monte J. White & Associates, P.C.
PO BOX 650393                          Abilene, TX 79602-4026             American State Building
DALLAS TX 75265-0393                                                      402 Cypress, Ste. 310
                                                                          Abilene, TX 79601-5151


Robin Wendy Frazier                    Walter 12,13 OCheskey
1550 Longbotham                        6308 Iola Avenue
Abilene, TX 79602-4026                 Lubbock, TX 79424-2735
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.   IRS Special Procedures             (d)Internal Revenue Service
PO Box 183853                          Mail Code 5020-DAL                 PO Box 21126
Arlington, TX  76096                   1100 Commerce St, Room 9B8         Philadelphia, PA 19114
                                       Dallas, TX  75242


Michael Reed                           Txu Energy
McCreary Veselka, Bragg & Allen P.C.   200 W John Carpenter Fwy
PO Box 1269                            Irving, TX 75039
Round Rock, TX 78680
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)GMAC Mortgage, LLC                  (u)The Bank of New York Mellon Trust Company   (u)The Bank of New York Mellon Trust Company,




(du)The Bank of New York Mellon Trust Company   (d)Lack's Stores, Inc.               (d)Taylor CAD
                                       P.O. Box 33158                                co Michael Reed
                                       San Antonio, TX 78265-3158                    P.O. Box 1269
                                                                                     Round Rock, TX 78680-1269
```

End of Label Matrix
Mailable recipients    34
Bypassed recipients     6
Total                  40